UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAVON DAVIS Personal Representative of the Estate of Dorian Murrell,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS,<br>JOE HOGSETT,<br>INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT,<br>RANDALL TAYLOR Chief,<br><br>Defendants.<br><br>JOHN DALY, JR. Recruited Counsel for Plaintiff,<br><br>Recruited Counsel. | No. 1:22-cv-01072-TWP-MG |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Judgment is entered in favor of Defendants on the § 1983 claim asserted in the Complaint ([Filing No. 1](#)), and Count One is **dismissed with prejudice**. The Court relinquishes jurisdiction over Plaintiff's remaining state law claim against Defendants, and Count Two is **dismissed without prejudice**.

This action is **TERMINATED**.

Dated: 2/13/2023

Roger A.G. Sharpe, Clerk of Court

By: _____
     Deputy Clerk

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

SHAVON DAVIS
4823 Thrush Drive
Indianapolis, IN 46224

Brandon E. Beeler
Office of Corporation Counsel
brandon.beeler@indy.gov

John P. Daly, Jr.
GOLITKO & DALY, P.C.
john@golitkodaly.com